```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF GEORGIA
            AUGUSTA DIVISION
```

JERRY MOORE and RACHEL MOORE,   *
                                *
    Plaintiffs,             *
                                *
v.                              *
                                *      CV 115-126
                                *      CV 115-127
                                *
                                *
HEATHER T. ROPER, et al.,       *
                                *
    Defendants.             *
                                *
                                *

## O R D E R

Currently before the Court are the parties' stipulations of dismissal with respect to American Mercury Insurance Company (doc. 22) and the parties' consent motions to remand (doc. 21.)[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **ORDERS** American Mercury Insurance Company **DISMISSED WITHOUT PREJUDICE.**

Further, the Court **GRANTS** the parties' consent motions to remand. The Court **ORDERS** that these cases shall be **REMANDED** to the Superior Court of Columbia County, Georgia. It is **FURTHER**

---

[1] The parties have filed a stipulation of dismissal and a consent motion to remand in both of these cases, and the motions are numbered the same in both cases.

**ORDERED** that this Order shall be served upon the Clerk of the Court for the Superior Court of Columbia County, Georgia. The Clerk is instructed to **TERMINATE** all deadlines and motions and **CLOSE** these cases.

**ORDER ENTERED** at Augusta, Georgia this 30th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA